David S. Bloch (SBN: 184530)
**GREENBERG TAURIG, LLP**
101 Second St., Suite 2200
San Francisco, CA 94105
Telephone: (415) 590-5110
Facsimile: (415) 707-2010
blochd@gtlaw.com

*Attorney for Dryft Sciences, LLC*

Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

*Attorney for Swedish Match North America LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRYFT SCIENCES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SWEDISH MATCH NORTH AMERICA, LLC,<br><br>    Defendant. | **Case No.** 2:22-cv-05355-SB-MRWx<br><br>**Joint Stipulation for Dismissal with Prejudice**<br><br>The Hon. Stanley Blumenfeld, Jr. |

Dryft Sciences, LLC and Swedish Match North America, LLC, hereby agree and stipulate, by and through their counsel of record, to a dismissal with prejudice of this action in its entirety, including all claims and counterclaims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own attorneys' fees, expenses, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 9, 2023

**GREENBERG TRAURIG, LLP**

By: */s/ David S. Bloch*
     David S. Bloch

Attorneys for Dryft Sciences, LLC

Dated: February 9, 2023          **CLARK HILL LLP**

*/s/ Donald L. Ridge*
Donald L. Ridge

Attorney for Swedish Match North America, LLC

### SIGNATURE ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 9, 2023          **GREENBERG TRAURIG, LLP**

By: */s/ David S. Bloch*
     David S. Bloch