JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRYFT SCIENCES, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>SWEDISH MATCH NORTH AMERICA, LLC,<br><br>      Defendant. | **Case No.** 2:22-cv-05355-SB-MRW<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>The Hon. Stanley Blumenfeld, Jr. |

Having reviewed the parties' Joint Stipulation for Dismissal with Prejudice, the Court ORDERS that Case No. 2:22-cv-05355-SB-MRW is dismissed with prejudice in its entirety, with each party to bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED**.

Dated: February 9, 2023

_____
STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE